# Long *et al.* v. Marshall.

Appeal from Barbour Chancery Court.

Heard before the Hon. JERE N. WILLIAMS.

S. H. DENT, JR. and W. C. SWANSON, for appellant.

A. H. MERRILL, for appellee.

The bill was filed by appellee, E. C. Marshall, against F. O. Robson, Rachel Robson, his wife, J. H. Long, residents of Barbour county, Alabama, and J. F. Comer. It averred the execution and delivery by said Robson and wife of a mortgage to complainant on certain described lands in Bullock county, Alabama, to secure the payment of a debt contemporaneously contracted with complainant by said F. O. Robson, and that a large part of the debt remained due and unpaid at the filing of the bill; that before the execution of said mortgage, said Robson and wife had made to appellant, Long, a mortgage conveying the same land; and, upon information and belief, that said mortgage to Long was fully paid and satisfied. Said J. F. Comer was in possession of said land under a purchase from Robson and had a knowledge of the existence of both of said mortgages before he bought. The bill prayed for the statement of account to ascertain what was due to complainant on her mortgage and what was due Long on his mortgage from Robson; that if anything was found to be due on Long's mortgage, complainant be let in to redeem by paying the ascertained amount, and if nothing, that the mortgage be delivered up and cancelled; and for a foreclosure of complainant's said mortgage.

On the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainant was entitled to the relief prayed for, and ordered accordingly. From this decree the defendants appeal, and assign the rendition thereof as error. The decree is reversed and the cause remanded.

Opinion by HEAD, J.